**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL MCPHERSON, *on behalf of himself and on behalf of a class of Persons similarly situated,*

        Plaintiff,

    v.

SPECIAL DATA PROCESSING CORPORATION *d/b/a* NATIONAL MAGAZINE EXCHANGE,

        Defendant(s).

_____/

No. C 05-3905 WDB

ORDER REFERRING CASE TO DISTRICT JUDGE JENKINS PURSUANT TO CIVIL LOCAL RULE 3-12(c)

    This case was recently transferred to the Northern District of California from the Middle District of Alabama and assigned to the undersigned.

    While the case was pending in Alabama, defendant filed a motion to stay, transfer, or dismiss the lawsuit. Defendant's motion was based on the existence of a previously filed lawsuit, <u>Jeremy Maurer, *on behalf of himself and all others similarly situated* v. Special Data Processing Corporation d/b/a National Magazine Exchange</u>, C 04-4093 MJJ. In its motion, defendant describes the <u>Maurer</u> case as involving "the same defendant, the same or substantially similar proposed class members and the same or substantially similar issues and claims." Memorandum In Support of Motion to Stay, Transfer, or Dismiss, p.2.

    In a pleading filed at the direction of the District Court in Alabama, plaintiff acknowledged the similarity between the federal claims at issue in <u>Maurer</u> and in the instant case, and agreed to the transfer of the case to the Northern District of California. Upon

1

1   review of the plaintiff's response, the Court ordered this case transferred to the Northern

2   District of California.

3           In light of the alleged similarity between this case and the <u>Maurer</u> case, we

4   respectfully request that Judge Jenkins consider whether the cases are related.  The parties

5   must file any response in opposition to or support of relating the cases pursuant to Civil

6   Local Rule 3-12(d).

7   IT IS SO ORDERED.

8   Dated:  October 6, 2005                         ____/s/  Wayne D. Brazil_____
                                                    WAYNE D. BRAZIL
9                                                   United States Magistrate Judge

10

11  cc:
    MJJ, WDB,
    parties in C 05-3905 WDB
12  and C 04-4093 MJJ

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28