| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | BRAD W. SEILING (Bar No. CA 143515)<br>E-Mail: bseiling@manatt.com |
| 3 | 11355 W. Olympic Boulevard<br>Los Angeles, CA 90064-1614 |
| 4 | Telephone: (310) 312-4000<br>Facsimile: (310) 312-4224 |
| 5 | Attorneys for Defendant<br>SPECIAL DATA PROCESSING CORP. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

OAKLAND DIVISION

| | | |
|---|---|---|
| MICHAEL McPHERSON, on behalf of himself and on behalf of a class of persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>SPECIAL DATA PROCESSING CORP. d/b/a National Magazine Exchange,<br><br>Defendant. | | No. C 05-3905 WDB<br><br>STIPULATION FOR DISMISSAL<br><br>Granted<br><br>Judge: Hon. Martin J. Jenkins |

IT IS HERBY Stipulated by and between the parties to this action through their counsel of record that this action is dismissed with prejudice as to plaintiff Michael McPherson's individual claims pursuant to Federal Rule of Civil Procedure 41(a)(1). The class allegations are dismissed without prejudice.

Dated: March 13, 2006

MANATT, PHELPS & PHILLIPS, LLP
Brad W. Seiling

By: _____
Brad W. Seiling
*Attorneys for Defendant*
SPECIAL DATA PROCESSING CORP.

Dated: March 9th, 2006

McCALLUM, HOAGLUND, COOK & IRBY, LLP
R. Brent Irby

By: _____
R. Brent Irby
*Attorneys for Plaintiff*
MICHAEL McPHERSON

3/16/2006

GRANTED
Judge Martin J. Jenkins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

40978564.1

2

STIPULATION FOR DISMISSAL

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES